Appeal No.    2019AP9-CR

Cir. Ct. No.  2015CF3359

## STATE OF WISCONSIN

## IN COURT OF APPEALS
## DISTRICT I

STATE OF WISCONSIN,

PLAINTIFF-RESPONDENT,

v.

MARK ANTHONY CULPEPPER,

DEFENDANT-APPELLANT.

FILED

September 13, 2021

Sheila T. Reiff
Clerk of Court of Appeals

## ERRATA SHEET

Sheila T. Reiff
Clerk of Court of Appeals
P.O. Box 1688
Madison, WI  53701-1688

Court of Appeals District III
2100 Stewart Ave., Suite 310
Wausau, WI   54401

Christina Plum, Sarah Motiff
Court of Appeals
2921 Landmark Place, Suite 415
Madison, WI  53713-4248

Court of Appeals District II
2727 N. Grandview Blvd.
Waukesha, WI  53188-1672

Court of Appeals District IV
2921 Landmark Place, Suite 415
Madison, WI  53713-4248

John D. Flynn
Electronic Notice

Hon. Jeffrey A. Conen
Circuit Court Judge
Electronic Notice

Hon. Joseph R. Wall
Circuit Court Judge
Electronic Notice

Hon. Jonathan D. Watts
Circuit Court Judge
Electronic Notice

John Barrett
Clerk of Circuit Court
Milwaukee County
Electronic Notice

Joy Malby Bertrand
Electronic Notice

Sarah Burgundy
Assistant Attorney General
Electronic Notice

PLEASE TAKE NOTICE that corrections were made to paragraph 1 and 2 in the above-captioned opinion which was released on June 2, 2021. A corrected electronic version in its entirety is available on the court's website at www.wicourts.gov.